■ In the Matter of EDDIE DAVIS et al., Petitioners, v STEVEN L. BARRETT, Respondent.—Application for a writ a mandamus unanimously denied, the cross motion granted, and the petition dismissed, without prejudice to raising this issue upon the appeal proper, without costs and without disbursements. No opinion. Concur—Carro, J. P., Milonas, Ellerin and Wallach, JJ.